FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 18 CR00550 -JFW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. §§ 2261A(2)(B), 2261(b)(5): Stalking; 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii): Unauthorized Access to a Protected Computer to Obtain Information in Furtherance of a Criminal or Tortious Act; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| RICHARD GREGORY BAUER, aka "Steve Smith," aka "John Smith," aka "Garret," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.   Beginning on or about February 7, 2015, and continuing to on or about June 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim A, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and

1 other facilities of interstate and foreign commerce, namely, e-mail,

2 interstate wires, and the Internet, to engage in a course of conduct,

3 described in paragraph 2 below, that caused, attempted to cause, and

4 would reasonably be expected to cause substantial emotional distress

5 to Victim A.

6     2.    Defendant BAUER's course of conduct included, among other

7 things, the following, all conducted in a manner designed to hide

8 defendant BAUER's true identity from Victim A, except where otherwise

9 indicated:

10     a.    On or about February 7 and 8, 2015, defendant BAUER,

11 without concealing his identity, sent Victim A a series of Facebook

12 messages asking her a set of questions, purportedly for a project in

13 his "human societies class." The questions, which Victim A answered,

14 included typical questions used to reset online passwords, for

15 example, the name of Victim A's first pet.

16     b.    Beginning on or about March 28, 2017, and continuing

17 through on or about June 11, 2018, defendant BAUER possessed, without

18 Victim A's authorization, an electronic database file containing

19 approximately 178,889 text messages between Victim A and various

20 recipients.

21     c.    On or about August 24, 2017, defendant BAUER sent

22 Victim A an e-mail message with the subject "Pics of you." The e-

23 mail attached a topless photograph of Victim A and the body of the

24 message included the following: "so a mutual friend gave me some

25 pictures of you, and said you would give more. I liked what I saw. I

26 assume this is you? i have mannnnnny more. So what do you say about

27 giving me some more? I dont want to put these somewhere..."

28

d.   On or about August 24, 2017, defendant BAUER sent Victim A the following Facebook messages:

i.   "this is the [Victim A] from woodland right?"

ii.   "i sent you an email you may want to read"

iii.  "if you dont want your nude pictures on the internet respond back."

e.   On or about August 26, 2017, defendant BAUER sent Victim A an e-mail message with the subject "your nudes."  The e-mail attached the same topless photograph identified in paragraph 2.a above, and the body of the message included the following: "i guess you dont care about having your fiance know about your nude pics on the internet...respond to this email."

f.   On or about January 5, 2018, defendant BAUER sent Victim A the following two e-mail messages:

i.   A message with the subject "pics for your fiance!"  The e-mail attached three selfie-style photographs of Victim A, two of which depicted her topless.  The body of the message included the following: "Hello [Victim A], how would you like these pictures for your fiance? don't worry, i have many," and "this isn't a joke...to keep these and the many others i have from getting out. you will respond to this email."

ii.   A follow-up message with the same subject, and the following in the body: "man...i guess you really don't care about your fiance's feelings..."

g.   On or about January 9, 2018, defendant BAUER sent Victim A an e-mail message with the subject "Great Wedding Information."  The e-mail attached one of the topless photographs identified in paragraph 2.f.i above, another selfie-style photograph,

3

and a sexually explicit photograph.  The body of the message included the following: "Hello [Victim A], Attached you will see some pictures that will be most interesting for your upcoming wedding...," and "now what would your fiance think or your students think if these were made public?"

COUNT TWO

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii)]

Beginning on or about January 6, 2017, and ending no later than January 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret," intentionally accessed without authorization and in excess of authorization a computer, namely, a computer used by Victim B, and thereby obtained information, namely, computer account logins and passwords, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of criminal and tortious acts, to wit, Stalking in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), and the California State tort of Invasion of Privacy.

COUNT THREE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about February 16, 2015, and continuing to on or about January 5, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim B, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, e-mail, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim B.

2.    Defendant BAUER's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant BAUER's true identity from Victim B, except where otherwise indicated:

a.    On or about February 16, 2015, defendant BAUER, without concealing his identity, sent Victim B a series of Facebook messages asking her a set of questions, purportedly for a project in his "human societies class."  The questions, which Victim B answered, included typical questions used to reset online passwords, for example, the city where Victim B's parents met.

b.    On or about January 6, 2017, defendant BAUER, without concealing his identity, sent Victim B a series of Facebook messages asking Victim B to help him test some software that he claimed to have written to improve image files.  At defendant BAUER's request,

Victim B installed the software, which was in reality malware
intended by defendant BAUER to give him unauthorized access to Victim
B's computer.

        c.   On or about August 24, 2017, defendant BAUER sent
Victim B the following Facebook messages:

                i.   "hi is this [Victim B] that lives in woodland?"

                ii.  "you should read the email i sent you"

                iii. "if you done want nude pictures of you on the
internet respond back"

        d.   On or about August 24, 2017, defendant BAUER sent
Victim B the following two e-mail messages:

                i.   A message with the subject "pictures of you."
The e-mail attached a topless photograph of Victim B, and the body of
the message included the following: "a mutual friend gave me some
pictures of you assured me you could give me more. I assume the
attached pic is you....i would hate for these to get out somewhere...
so when can i get a new one?  i have mannnnnny more."

                ii.  A message with the subject "if you dont want your
nude pictures on the internet respond to this email."  The e-mail
included the same topless photograph identified in paragraph 2.d.i
above with the following message in the body: "i have more."

        e.   On or about January 5, 2018, defendant BAUER sent
Victim B the following two e-mail messages:

                i.   A message with the subject "pics just for you!"
The e-mail attached the same topless photograph identified in
paragraph 2.d.i above and another nude photograph of Victim B The
body of the message included the following: "hello [Victim B], please
take a look at these pics we gathered just for you," and "i have many

more...this is not a joke. if you don't want these and the others made public. respond to this."

   f. A follow-up message with the following in the body: "wow....i guess you don't care if the whole world knows youre a slut...i was going to offer a proposal to keep your pics off the internet, but i guess you dont care."

COUNT FOUR

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about August 21, 2016, and continuing to on or about January 5, 2018, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim C, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, e-mail, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim C.

2.    Defendant BAUER's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant BAUER's true identity from Victim C, except where otherwise indicated:

a.    On or about August 21, 2016, defendant BAUER, without concealing his identity, sent Victim C a series of Facebook messages asking her a set of questions, purportedly for a project in his "human studies class."  The questions, which Victim C answered, included typical questions used to reset online passwords, for example, the first car that Victim C owned.

b.    On or about January 5, 2018, defendant BAUER sent Victim C an e-mail with the subject "Pictures for you!"  The e-mail attached a topless selfie-style photograph of Victim C The body of the message included the following: "Hello [Victim C], please have a

9

look at a sample for the pictures we have collected just for you!"
and "and I have more....if you don't want them public i suggest you
respond to this. this is not a joke."

      c.   On or about January 5, 2018, defendant BAUER sent
Victim C a follow-up e-mail containing the following:

> i want four pictures of you daily.
> 1) fully clothed with your face visible
> 2) bra and underwear, your face doesn't have to be
> visible
> 3) just underwear, your face doesn't have to be
> visible
> 4) naked, your face doesn't have to be visible
> if you do this, those pictures will not go public.
> what is your answer

      d.   On or about January 5, 2018, defendant BAUER sent
Victim C a follow-up e-mail containing the following: "this is fair,
especially considering you don't know how many pictures I have..."

      e.   On or about January 5, 2018, defendant BAUER sent
Victim C a follow-up e-mail containing the following: "I would take
the deal, especially considering you don't know how many pictures I
have."

      f.   On or about January 5, 2018, defendant BAUER sent
Victim C a follow-up e-mail containing the following: "don't think
deleting your facebook btw will keep people from seeing them...  i
take it that means you do not take the deal?"

      g.   On or about January 5, 2018, defendant BAUER sent
Victim C a follow-up e-mail containing the following: "very well.....
it seems you made your choice, well I didn't want do this but you
leave me no option."

      h.   On or about January 5, 2018, defendant BAUER sent
Victim C a follow-up e-mail containing the following: "ok then...i
gave you a fair deal. If you change your mind at a later date, than I

1  will stop leaking your pictures on the internet. As of now, you are
2  about to become one of the more popular girls on 4chan."

COUNT FIVE

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii)]

On or about January 5, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret," intentionally accessed without authorization and in excess of authorization a computer, namely, a server of Google, Inc., and thereby obtained information, namely, the contents of a Google e-mail account belonging to Victim C, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of criminal and tortious acts, to wit, Stalking in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), and the California State tort of Invasion of Privacy.

COUNT SIX

[18 U.S.C. § 1028A(a)(1)]

On or about January 5, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), knowingly possessed and used, without lawful authority, a means of identification that defendant BAUER knew belonged to another person, that is the, username and password of Victim C, during and in relation to the offense of Unauthorized Access to a Protected Computer in Furtherance of a Criminal or Tortious Act, a felony violation of Title 18, United States Code, Section 1030(a)(2)(C), (c)(2)(B)(ii), as charged in Count Five of this Indictment.

COUNT SEVEN

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii)]

Beginning on or about January 8, 2017, and ending no later than January 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret," intentionally accessed without authorization and in excess of authorization a computer, namely, a computer used by Victim D, and thereby obtained information, namely, computer account logins and passwords, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of criminal and tortious acts, to wit, Stalking in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), and the California State tort of Invasion of Privacy.

COUNT EIGHT

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii)]

Beginning on or about February 28, 2017, and ending no later than January 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret," intentionally accessed without authorization and in excess of authorization a computer, namely, a server of Facebook, Inc., and thereby obtained information, namely, the contents of a Facebook account belonging to Victim D, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of criminal and tortious acts, to wit, Stalking in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), and the California State tort of Invasion of Privacy.

COUNT NINE

[18 U.S.C. § 1028A(a)(1)]

On or about February 28, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), knowingly possessed and used, without lawful authority, a means of identification that defendant BAUER knew belonged to another person, that is, the username and password of Victim D, during and in relation to the offense of Unauthorized Access to a Protected Computer in Furtherance of a Criminal or Tortious Act, a felony violation of Title 18, United States Code, Section 1030(a)(2)(C), (c)(2)(B)(ii), as charged in Count Eight of this Indictment.

COUNT TEN

[18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(ii)]

Beginning on or about January 27, 2017, and ending no later than January 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret," intentionally accessed without authorization and in excess of authorization a computer, namely, a computer used by Victim E, and thereby obtained information, namely, computer account logins and passwords, from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), in furtherance of criminal and tortious acts, to wit, Stalking in violation of 18 U.S.C. §§ 2261A(2)(B), 2261(b)(5), and the California State tort of Invasion of Privacy.

COUNT ELEVEN

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about August 21, 2017, and continuing to on or about January 10, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim F, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, e-mail, social media, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim F.

2.    Defendant BAUER's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant BAUER's true identity from Victim F:

     a.   On or about August 21, 2017, defendant BAUER sent Victim F an e-mail with the subject "You dont want those pics out on the internet."  The e-mail included a nude photograph of Victim F, and the body of the message instructed Victim F to "check your fb messenger or more of these will go on the internet."

     b.   On or about August 21, 2017, defendant BAUER sent Victim F the following Facebook messages:

          i.    "hi is this [Victim F] from a woodland ca?"

          ii.   "a mutual friend of ours gave me some pictures of you and assured me you would be nice enough to give me more"

1            iii. "i don't want to put them on the internet for

2    everyone else to see if possible."

3            iv.  "and i have proof that this is not a joke"

4        c.    On or about August 21, 2017, defendant BAUER sent

5    Victim F a Facebook message containing the same nude photograph

6    identified in paragraph 2.a above, and the following Facebook

7    messages:

8            i.    "i think you remember thiis picture, i have

9    mannnnny more"

10           ii.  "this [Victim F] from woodland?"

11           iii. "so you want your nudes on the internet?"

12       d.    On or about August 24, 2017, defendant BAUER sent

13   Victim F an e-mail with the subject "if you dont want your nude

14   pictures on the internet respond to this."  The e-mail included the

15   same nude photograph identified in paragraph 2.a above and another

16   topless photograph of Victim F, with the following message in the

17   body: "i have plenty more too."

18       e.    On or about August 26, 2017, defendant BAUER sent

19   Victim F an e-mail with the subject "you have 4 hours."  The body of

20   the message instructed Victim F: "you have 4 hours to respond to my

21   email or i will post you nude pictures on the internet."

22       f.    On or about August 27, 2017, defendant BAUER sent

23   Victim F an e-mail with the subject "look at this."  The e-mail

24   included the same nude photograph identified in paragraph 2.a above

25   and the following message in the body: "i will make your pictures

26   public unless you respond to this. i dont want money, or your

27   identity information, just to talk.  i dont want to embarass your

28   daughter..."

1      g.   On or about August 28, 2017, defendant BAUER sent

2   Victim F an e-mail with the subject "youre wrong," and the following

3   message in the body: "listen bitch, if you think changing your email

4   address will protect you, you're wrong. now all i want to do is

5   simply talk. its up to you to avoid to public knowing youre a slut."

6      h.   On or about January 4, 2018, defendant BAUER sent

7   Victim F an e-mail with the subject "you thought wrong," and the

8   following in the message body:

9          hey there [Victim F],
           you thought you could duck me by changing your email
10         address?
           I guess you honestly dont care about have your nudes
11         spread on the internet?
           I would prefer to keep these to myself, but if you
12         continue to ignore me, I have no other option.
           You know the sheer amount of xxx pictures you took
13         and that i have at my disposal. Do you really want
           those out?
14         respond to this email with "fuck you mr.smith" so I
           know you read it.
15         mr.smith

16      i.   On or about January 4, 2018, defendant BAUER sent

17   Victim F a follow-up e-mail which included five topless photographs

18   of Victim F and the following message in the body: "and just in case

19   you think im kidding, i have attached some of the photos. see for

20   your self. Don't ignore me again..."

21      j.   On or about January 8, 2018, defendant BAUER sent

22   Victim F another follow-up e-mail with the following message in the

23   body: "do you really think getting rid of your facebook will work

24   this time?"

25

26

27

28

COUNT TWELVE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about August 24, 2017, and continuing to on or about January 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim G, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, e-mail, social media, Google Chat, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim G.

2.    Defendant BAUER's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant BAUER's true identity from Victim G:

     a.    On or about August 24, 2017, defendant BAUER sent Victim G a topless photograph of Victim G using a Facebook message, followed by the message: "if you dont want your other nude pics on the internet, respond to this."

     b.    On or about August 25, 2017, defendant BAUER sent Victim G an e-mail with the subject "your pictures."  The e-mail included the same topless photograph of Victim G identified in paragraph 2.a above, and the body of the message included: "a mutual friend gave me this and many more, if you dont want these getting out on the internet, respond to this email and lets talk."

1          c.   On or about August 26, 2017, defendant BAUER sent

2    Victim G an e-mail with the subject "4 hours," with a body that read:

3    "you have 4 hours to respond to my email before i make those nude

4    pictures public."

5          d.   On or about August 26, 2017, defendant BAUER sent

6    Victim G an e-mail with the subject "getting rid of fb isn't the

7    answer," with a body that read: "tell you what....you give me your

8    icloud password and a selfie of you....you're bf will never know

9    about this."

10         e.   On or about January 5, 2018, defendant BAUER sent

11   Victim G an e-mail with the subject "Pictures For The New Year."  The

12   e-mail attached a topless photograph of Victim G and a photograph of

13   Victim G in lingerie.  The body of the message included the

14   following: "Hello [Victim G], To welcome in the new year, we have

15   collected a few photos that we thought you would like to see and

16   share in the fond memories.  As you can see these are no ordinary

17   photos. If you dont want these on the internet, you will respond to

18   this email."

19         f.   On or about January 5, 2018, defendant BAUER sent

20   Victim G the following Google Chat message: "hello [Victim G], this

21   might be easier to talk on, don't keep me waiting too long."

22         g.   On or about January 9, 2018, defendant BAUER sent

23   Victim G an e-mail with the subject "Hello :D," and the following

24   body: "So....would you like to hear my proposition to keeping those

25   private?"

26         h.   On or about January 11, 2018, defendant BAUER sent

27   Victim G an e-mail with the subject "Hello [Victim G]," and the

28   following body: "So I see you have tried to ignore my emails.....do

                                    22

1  you think this is the best strategy to avoid those pictures getting

2  on the internet?  I have a proposition for you in order for them to

3  remain private. Would you like to hear it?  Make no mistake, I will

4  post them. Let's at least have a little chat about it first."

COUNT THIRTEEN

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about January 28, 2017, and continuing to on or about January 11, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim H, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, e-mail, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim H.

2.    Defendant BAUER's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant BAUER's true identity from Victim H, except where otherwise indicated:

a.    Beginning on or about January 10, 2017 and continuing through on or about February 11, 2017, defendant BAUER, without concealing his identity, sent Victim H a series of Facebook messages asking Victim H to help him test some software that he claimed to have written to improve image files.  On or about January 27, 2017, Defendant BAUER sent the software to Victim H in a Facebook message. The software was in reality malware intended by defendant BAUER to give him unauthorized access to Victim H's computer.

b.    On or about January 3, 2018, defendant BAUER sent Victim H an e-mail with the subject "Is this you?  I think so."  The

24

1    e-mail attached two selfie-style photographs of Victim H, one of

2    which was topless.  The body of the message included the following:

3            Hello [Victim H],
         If you do not want these posted on the internet for
4        everyone to see, you will respond to this email.
         I do not want money or any other personal information.
5        Just to talk.
         I have attached just some of the pictures I have of you,
6        believe me when I say I have many more.
         This is not a joke
7

8            c.   On or about January 4, 2018, defendant BAUER sent

9    Victim H a follow-up e-mail with the following body: "wow [Victim

10   H]...i didn't think you would want your boyfriend to find those on

11   the internet for everyone to see..."

12           d.   On or about January 5, 2018, defendant BAUER sent

13   Victim H a follow-up e-mail with the following body: "I see you

14   deleted your facebook. That will not stop people from seeing your

15   pictures. Now I'm trying to be fair here, all i want to do is talk,

16   but if you keep on ignoring me, I will post them."

17           e.   On or about January 5, 2018, defendant BAUER sent

18   Victim H a follow-up e-mail.  The body of the message included the

19   following:

20           my proposal is this
         I want four daily photos of you
21       1) fully clothed with face
         2)bra and panties with no face
22       3)no bra but panties on with no face
         4)fully nude with no face
23       you do this and your nude photos stay private.

24           f.   On or about January 5, 2018, defendant BAUER sent

25   Victim H a follow-up e-mail with the following body: "or you could

26   ignore me for a little big longer and just accept they will be on the

27   internet for everyone to see, and with your cute little face in them

28   too."

COUNT FOURTEEN

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about January 8, 2018, and continuing to on or about January 10, 2018, within the Central District of California, and elsewhere, defendant RICHARD GREGORY BAUER, also known as ("aka") "Steve Smith," aka "John Smith," aka "Garret" ("BAUER"), with the intent to harass and intimidate Victim I, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, e-mail, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to Victim I.

2.    Defendant BAUER's course of conduct included, among other things, the following, all conducted in a manner designed to hide defendant BAUER's true identity from Victim I:

    a.    On or about January 8, 2018, defendant BAUER sent Victim I an e-mail with the subject "Pictures You Have To See!"  The e-mail attached two photographs of Victim I, and included the following in the body:

> Hello [Victim I],
> Over the years we have collected some pictures for you to look back on and remember...
> You wouldn't want those tits to be exposed publicly right? With all the work you do?
> I have the xxx photos, and no this is not a joke. Respond to this email and we can talk about a proposition I have for you...

    b.    On or about January 8, 2018, defendant BAUER sent Victim I a follow-up e-mail including the following: "Wow [Victim

I]....I didn't realize you wanted all your [Entity A] co-workers to know you're a slut?

      c.   On or about January 9, 2018, defendant BAUER sent Victim I a follow-up e-mail including the following: "it's rude to ignore a conversation invite..."

      d.   On or about January 9, 2018, defendant BAUER sent an e-mail to an undercover law enforcement officer posing as Victim I with the subject "proposition."  The body of the message included the following:

> hi there,
> so here is my proposition, and you can take it or leave it, just be aware of the consequences if you don't...
> to keep those pictures private I am requesting the following:
> 4 daily pictures.
> 1)selfie of your face
> 2) bra and underwear no face
> 3)no bra only underwear no face
> 4) no clothes no face
> choice is up to you

      e.   On or about January 9, 2018, defendant BAUER sent Victim I a follow-up e-mail including the following: "so i take it by your silence.....that you are refusing the proposition?"

      f.   On or about January 9, 2018, defendant BAUER sent an e-mail to an undercover law enforcement officer posing as Victim I with the subject "Ultimatum."  The body of the message included the following:

> [Victim I], for someone so scared for your work image, you don't act like it. My proposition is a reasonable one. You clearly are ignoring these so I'm giving you one final chance, otherwise all of [Entity A] will know the slutty things you can do and have done with that body of yours.
> I have tried to be fare. Now, what is your work image worth to you?

Me dumping your nude body all over the internet so everyone knows about it, or you sending me a couple explicit ones without a face so no one really knows who it is but me?
the choice is yours [Victim I.], for your work's sake I hope you make the right one.

A TRUE BILL

_/s/_____
Foreperson

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

RYAN WHITE
Assistant United States Attorney
Chief, Cyber & Intellectual
  Property Crimes Section

JENNIE L. WANG
Assistant United States Attorney
Deputy Chief, Cyber &
  Intellectual Property Crimes
  Section

KHALDOUN SHOBAKI
Assistant United States Attorney
Cyber & Intellectual Property
  Crimes Section